TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00428-CR

Sean Timothy Grote, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT

NO. 95-003, HONORABLE JACK ROBISON, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for aggravated sexual assault and
theft. Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: September 20, 1995

Do Not Publish